# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD LEAVELL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79958

FILED

NOV 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS OR MANDAMUS*

This emergency petition for a writ of habeas corpus or mandamus challenges a district court order denying a motion to vacate a previous detention order and to release petitioner from custody. The State has timely filed an answer, as directed, and petitioner has filed a reply.

Having reviewed the parties' arguments and supporting documentation, we conclude that our extraordinary intervention is not warranted. *See Jones v. Nev. Comm'n on Jud. Discipline*, 130 Nev. 99, 104, 318 P.3d 1078, 1082 (2014) ("Whether to consider a petition for extraordinary relief . . . is within our sole discretion."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-48567

cc: Hon. Douglas W. Herndon, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk